UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL MOORE,<br><br>                    Petitioner,<br><br>      v.<br><br>WARDEN J.L. JAMISON,<br><br>                    Respondent. | 24-CV-2095 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      Petitioner filed a Petition for Writ of Habeas Corpus on March 18, 2024.  *See* ECF No. 1. Respondent filed a response on August 28, 2024.  *See* ECF No. 15.  Petitioner is hereby ORDERED to file a reply by **September 28, 2024**.

      SO ORDERED.  The Clerk of Court is respectfully requested to mail a copy of this Order to Petitioner.

Dated: August 29, 2024
       New York, New York

                                                    DALE E. HO
                                       United States District Judge