UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL MOORE,<br><br>                         Plaintiff,<br><br>          v.<br><br>WARDEN J.L. JAMISON,<br><br>                         Defendant. | 24-CV-2095 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    On March 18, 2024, Petitioner filed a Petition for a Writ of Habeas Corpus. ECF No. 1. Respondent filed a response on August 28, 2024. ECF No. 15. On September 20, 2024, this Court granted Petitioner's request for an extension of time to file his reply. ECF No. 18. Petitioner's reply was due on October 18, 2024. *Id.* To date, no reply has been filed.

    As a courtesy, the Court shall *sua sponte* extend Petitioner's deadline to file his reply. It is hereby ORDERED that Petitioner shall file his reply no later than December 20, 2024. If no reply is filed by that date, the Court will deem the matter fully briefed.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner proceeding *pro se*.

    SO ORDERED.

Dated: November 17, 2024
       New York, New York

                                                                 DALE E. HO
                                             United States District Judge