UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Paul Moore,

Plaintiff,

v.

Warden J.L. Jamison,

Defendant.

24-CV-2095 (DEH)

ORDER

DALE E. HO, United States District Judge:

On March 18, 2024, Petitioner filed a Petition for a Writ of Habeas Corpus. ECF No. 1. Respondent filed a response on August 28, 2024. ECF No. 15. On September 20, 2024, this Court granted Petitioner's request for an extension of time to file his reply. ECF No. 18. Petitioner's reply was due on October 18, 2024. *Id.* After not receiving Petitioner's reply, this Court *sua sponte* extended his deadline to December 20, 2024, and directed the Clerk of Court to mail a copy of its Order to Petitioner proceedings *pro se*. ECF No. 20.

The Court now understands that its Order was returned to sender as undeliverable, and that Petitioner is no longer living at the address listed on the docket. Therefore, Petitioner's deadline to file his reply is extended to **March 21, 2025**. The Clerk of Court is respectfully directed to send a copy of this Order as well as Respondent's response, ECF No. 15, to Petitioner at the following address:

Paul Moore, Reg. No. 26413-052
RRM Pittsburgh
Residential Reentry Office
1000 Liberty Avenue, STE 1315
Pittsburgh, PA 15222

The Clerk of Court is also respectfully directed to update the docket to reflect Petitioner's address as it is listed above.

SO ORDERED.

Dated: January 23, 2025
New York, New York

DALE E. HO
United States District Judge