**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

PAUL MOORE,

Petitioner,

-against-

J.L. JAMISON, Warden,

Respondent.

----------------------------------------------------------X

24 **CIVIL** 2095 (DEH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 23, 2026, Mr. Moore's Petition for a Writ of Habeas Corpus is DENIED; accordingly, the petition is dismissed and the case is closed.

**DATED:** New York, New York
October 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Negam Dulal

**Deputy Clerk**